Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass beads similar in all material respects to those the subject of *United States* v. *S. H. Kress & Co.* (46 CCPA 135, C.A.D. 716), the claim of the plaintiff was sustained.

**No. 67310.**—U.S. Divers Co. *v.* United States, protest 62/1183 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of diving masks or parts thereof similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 2, 1963

**No. 67311.**—American Pecco Corp. *v.* United States, protest 59/7897 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 3, 1963

**No. 67312.**—Rex-Spanall, Inc. *v.* United States, protests 62/11580 and 62/11581 (Tampa).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 3, 1963

**No. 67313.**—Jarrell-Ash Company v. United States, protest 60/19160 (Boston).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise consists of copper in the form of rods, which are not electrodes for producing electric arc light, the claim of the plaintiff was sustained.

DECEMBER 31, 1962

**No. 67314.**—Dorf International, Inc. v. United States, protests 58/25471–10470, etc.— C.D. 2375. Motion of Government for rehearing denied.

**No. 67315.**—Davies, Turner & Company v. United States, protests 318445–K and 58/7738.— Motion of Government for rehearing granted.

JANUARY 3, 1963

**No. 67316.**—The Green Fuel Economizer Co., Inc. v. United States, protests 60/115 and 60/327.— Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JANUARY 7, 1963

**No. 67317.**—Transamerican Match Corporation v. United States, protests 59/4367, etc. (Savannah).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct 129, C.D. 2292), the claim of the plaintiff was sustained.